# Exhibit B

| THE STATE OF TEXAS | DOCKET NO: JS21-00019G |
|---|---|

TO THE DEFENDANT: NEBRASKA FURNITURE MART INC. RA INCORP SERVICES, INC

SUIT DESCRIPTION:
SMALL CLAIM

PLAINTIFF(S):
PAVELKA, JACKSON
JPAVELKA314@GMAIL.COM
1516 MOSELY DR
IRVING, TX 75060
(314) 306 3822

YOU HAVE BEEN SUED. YOU MAY EMPLOY AN ATTORNEY TO HELP YOU IN DEFENDING AGAINST THIS LAWSUIT. BUT YOU ARE NOT REQUIRED TO EMPLOY AN ATTORNEY. YOU OR YOUR ATTORNEY MUST FILE AN ANSWER WITH THE COURT. YOUR ANSWER IS DUE BY THE END OF THE 14TH DAY AFTER THE DAY YOU WERE SERVED WITH THESE PAPERS. IF THE 14TH DAY IS A SATURDAY, SUNDAY, OR LEGAL HOLIDAY, YOUR ANSWER IS DUE BY THE END OF THE FIRST DAY FOLLOWING THE 14TH DAY THAT IS NOT A SATURDAY, SUNDAY, OR LEGAL HOLIDAY. DO NOT IGNORE THESE PAPERS. IF YOU DO NOT FILE AN ANSWER BY THE DUE DATE, A DEFAULT JUDGMENT MAY BE TAKEN AGAINST YOU. FOR FURTHER INFORMATION, CONSULT PART V OF THE TEXAS RULES OF CIVIL PROCEDURE, WHICH IS AVAILABLE ONLINE AND ALSO AT THE COURT LISTED ON THIS CITATION.

VS.

DEFENDANT(S):
NEBRASKA FURNITURE MART INC.
RA INCORP SERVICES, INC
5601 S 59TH ST STE C
LINCOLN, NE 68516

IF YOU FAIL TO FILE AN ANSWER, JUDGMENT BY DEFAULT MAY BE RENDERED AGAINST YOU FOR THE RELIEF DEMANDED IN THE PETITION. A COPY OF PLAINTIFF'S PETITION IS ATTACHED HERETO AND MADE A PART HEREOF AS THOUGH WRITTEN IN.

CITATION
IN THE JUSTICE COURT

FILED ON: 01-14-2021

GIVEN UNDER MY HAND OFFICIALLY, THIS   JANUARY 14, 2021.

CITATION ISSUED: 01-14-2021
CITATION ISSUED TO
PLAINTIFF



JUDGE MICHAEL JONES JR
JUSTICE OF THE PEACE
PRECINCT 4 PLACE 1
DALLAS COUNTY

MICHAEL JONES JR
JUSTICE OF THE PEACE
PRECINCT 4, PLACE 1
DALLAS COUNTY
106 W CHURCH ST STE 205
GRAND PRAIRIE, TEXAS 75050
(214) 751-4040

| | |
|---|---|
| SHERIFF OR CONSTABLE SERVICE RETURN: | DOCKET NO: JS21-00019G |

CAME TO HAND THIS \_\_\_\_ DAY OF _____, 20\_\_\_\_ AT \_\_\_\_ O'CLOCK \_\_\_\_.M.,

AND

EXECUTED IN PERSON THIS \_\_\_ DAY OF _____, 20\_\_\_ AT \_\_\_ O'CLOCK \_\_\_.M.,

BY DELIVERING TO THE FOLLOWING NAMED DEFENDANT _____

AT _____ A TRUE COPY OF CITATION.

( ) EXECUTED BY 501.2(E) THIS \_\_\_\_\_ DAY OF _____, 20\_\_\_ AT

\_\_\_\_ O'CLOCK \_\_\_.M., BY ALTERNATIVE SERVICE DELIVERING TO THE FOLLOWING

_____ AT _____

( ) EXECUTED BY 501.2(B)(2) THIS \_\_\_\_\_ DAY OF _____, 20\_\_\_ AT

\_\_\_\_ O'CLOCK \_\_\_.M., BY REGISTERED OR CERTIFIED MAIL, RESTRICTED DELIVERY

WITH RETURN RECEIPT OR ELECTRONIC RETURN RECEIPT REQUESTED TO THE FOLLOWING

_____ AT _____

( ) NOT SERVED FOR THE FOLLOWING REASON _____

FEE: $ _____

_____ _____
CONSTABLE, PRECINCT NO. \_\_\_\_ DEPUTY

---

SUIT DESCRIPTION:
SMALL CLAIM

PLAINTIFF(S):
PAVELKA, JACKSON
JPAVELKA314@GMAIL.COM
1516 MOSELY DR
IRVING, TX 75060
(314) 306 3822

VS.

DEFENDANT(S):
NEBRASKA FURNITURE MART INC.
RA INCORP SERVICES, INC
5601 S 59TH ST STE C
LINCOLN, NE 68516

CITATION
IN THE JUSTICE COURT

FILED ON: 01-14-2021

CITATION ISSUED: 01-14-2021
CITATION ISSUED TO
PLAINTIFF

MICHAEL JONES JR
JUSTICE OF THE PEACE
PRECINCT 4, PLACE 1
DALLAS COUNTY
106 W CHURCH ST STE 205
GRAND PRAIRIE, TEXAS 75050
(214) 751-4040